UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

```
CRAIG J. NEUVIRTH,              )
                                )
        Plaintiff,              )
                                )   NO.  CV-06-188-CI
    v.                          )
                                )
MICHAEL J. ASTRUE,              )   JUDGMENT IN A
Commissioner of Social Security,)   CIVIL CASE
                                )
        Defendant.              )
_____)
```

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42. U.S.C. § 405(g). Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

DATED this 6th day of March, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk